# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMNAH QAISER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Case No._____ |
| | ) |
| MARIA CONTRERAS-SWEED | ) |
| UNITED STATES SMALL BUSINESS | ) |
| ADMINISTRATION, AGENCY and | ) |
| VANESSA PICCIONI (agent) | ) |
| | ) |
| Defendants | ) |
| _____) | |

**PLAINTIFF BRINGS THIS ACTION AGAINST
DEFENDANTS CLAIMING DISCRIMINATION, HARASSMENT, HOSTILE
WORK ENVIRONMENT UNDER TITLE VII OF THE CIVIL RIGHTS ACT
OF 1964, 42 U.S.C. §§ 2000e et seq.**

COME NOW, Amnah Qaiser, ("Plaintiff"), by her attorney Stephen C. Swift, and on her

behalf, herein alleges the following:

## NATURE OF THE CASE

1.  Plaintiff, a United States citizen and a citizen of the Commonwealth of Virginia, born

in Pakistan, a Muslim and a resident of Manassas, brings this action seeking declaratory,

injunctive, and monetary relief against U.S. Small Business Administration ("SBA") and

its agent, Vanessa Piccioni ("Defendants"), for unlawful discrimination in violation of 42 U.S.C. §§ 2000e et seq.

2. Amnah Qaiser's complaint claims and alleges intentional, continuous, invidious, malicious and hostile employment discrimination that was perpetuated on her by Vanessa Piccioni, an employee and agent of the U.S. Small Business Administration, on the basis of her race, color, national origin and religion, and in violation of her civil rights.

3. In 2006, Amnah Qaiser was employed by Washington Products Services "WPS"), an independent contractor, working for the SBA at its National Guaranty Center Hendon, Virginia. When WPS' contract with the SBA ended sometime in 2012, Brillient Corporation took over, and Plaintiff and her colleagues were switched over to the new independent contractor, Brillient. Amnah Qaiser's employment with the independent contractors and SBA, ended on or about September 28, 2012.

4. During her tenure, Amnah worked in several positions and gained superior experience on the workings of and process of the SBA business. This was exemplified by the fact that on several occasions, she had been asked by her supervisors, to train new hires. She worked as a Loan Service Assistant for over four (4 +) years, when in April 2010, there was an opening for a Loan Specialist position with the independent contractor, for the SBA, WPS that employed her. She was interviewed, with others and was selected for the position. A written offer for the position was offered to her **(See Exhibit.A),** and she

accepted it **(See Exhibit B)**. As soon as Vanessa Piccioni heard that WPS had given the job to Amnah Qaiser, she asked WPS to retract her offer. When WPS refused to retract the offer, Vanessa Piccioni threatened and told WPS if they did not retract Amnah Qaisers offer, WPS' contract will not be renewed when it is due for renewal. WPS caved in to Venessa's demand without any justifiable reason, and retracted Amnah Qaiser's already accepted offer, thereby preventing her from enjoining the benefit of her employment just because of her race, color, national origin and religion and because Venessa hated her for some unexplained reason, and not because she was not qualified for the position or any justifiable business reasons **(See Exhibits C and D, affidavits of Kwame and Elizabeth)**.

5.  Vanessa Piccioni, the Director of SBA National Guaranty Center in Hendon Virginia, continuously discriminated against Amnah Qaiser on the basis of her race, color, national origin and religion, On or about May 2010, Vanessa Piccioni, knowing that Amnah Qaiser is a Pakistani, and a Muslim, and in view of what happened on 9/11, the "war on terror", and the fear that gripped Americans, since then, she intentionally, maliciously, and unreasonable accused Amnah Qaiser of possessing a firearm within the SBA premises, and without first investigating the accuracy of what she heard, and how her actions will impact on Amnah's rights and reputation, she made inaccurate statements that she quickly disseminated within the workplace that she knew, or should have known, put Amnah in a bad light, with intention to injure Amnah's character and reputation, and even put her in danger of someone harming her, based on erroneous information, solely

3

on the basis of her race, color, national origin and religion, at a time being a Muslim and coming from Pakistan, was in itself a danger in the wake of 9/11.

6. Vanessa Piccioni continued her discrimination against Amnah Qaiser. On or about March, 2015, when WPS' 5 year contract was up for renewal, Venassa/SBA, did not renew WPS' contract so they have to bring in a new independent contractor, Brillient Corporation. At this time, Vanessa announced to about 27 WPS contract employees that their present positions will all be turned to permanent SBA positions, and asked all to apply to be made "permanent" SBA employees. In other words they will still be doing what they were already doing but will no longer be temporary/contract employees, but full-time permanent United States Government staff. There were several positions. Amnah Qaiser applied for all of them and was short-listed and referred as qualified, for the position of Loan Servicing Assistant (which is the position she has held for the best of 4 years). She will still be doing the same job, but will get the benefit of being a full time, permanent U.S. government employee with other fringe benefits that go with that.

7. There were clear rules set by the SBA head office in Denver as to how candidates are qualified, referred and selected. According to the SBA head Quarter's rule, only short-listed applicants who are "referred" after the Denver Office has reviewed their application, are eligible to be interviewed and selection for permanent positions. In other words, all those employees not short-listed, by the Denver office, were not eligible for selection for permanent position with the SBA.

8.  The Denver office after reviewing Amnah Qaiser's application which was sent online from usjobs.com, referred her as qualified and short-listed her for possible interview. According to the Denver office's referral notes, qualified and short-listed applicants will be notified "if an interview is needed"  In other words, an interview was not mandatory for all short-listed applicants.

9.  Amnah was interviewed by Kevin Hardy, Cynthia Smith and Angela Hicks, all employees who worked under Vanessa Viccini's supervision and authority. After the interview, and after the selection was made, Amnah Qaiser, was not selected, and so did not become a permanent staff of the SBA.

10.  New hires included some in-house and outside applicants. When some of the new hires came on-board, Kevin Hardy, one of the interviewers who, Vanessa Piccioni, claimed found Amnah Qaiser, inexperienced, lacking in character, initiative, during their interview of her, asked Amnah to train three of the new hires, and quality-check their work – to "teach them what she knows about the SBA system." Amnah did. She trained and quality-checked the work of the new hires who are now making more money than her, (using her transferred expertise), and enjoying all the benefits and perks including the job security that comes with being a United Stated Federal Employee. New hires who, in reality do not have the tenure and experience that comes with being on the job for six (6) years. New hires who have not been working as Loan Servicing Assistant for over

four (4) years as Amnah has, yet were deemed qualified and she was "not qualified for"

and yet can train them and "teach them what she knows about the SBA Process."

11. The same Kevin Hardy, who according to Vanessa Piccioni, deemed Amnah Qaiser

"not qualified" gave Amnah Qaiser feedback on her training of the new hires he asked

her to train, and quality-check, telling her, "Good job" "keep the good work."

12.  Throughout Amnah Qaiser's tenure, at the SBA Guarantee Center, she was never

formally reprimanded for any reason, written up. She had no warnings or disciplinary

actions of any kind, no one at any time complained about her work, attendance,

punctuality, character, or relationship with her co-workers. On the other hand, she was an

all-rounder and a very dependable employee, who loved her job, worked very hard, and

was good at it, that she gained experience on all aspects of the "SBA process" that she

was the go-to-employee because she knew how to do so many things and was willing and

able to do whatever she was asked to do. Yet, because of her race, color, national origin

and religion, she was not good enough to be made a permanent SBA employee, because

Vanessa Piccioni, would never let that happen, because she was of Pakistani origin and a

Muslim.

13. Among the 27 contract employees who applied to be made permanent and were short-

listed/referred as qualified by the Denver SBA office, were five (5) employees who were

Muslims, including Amnah Qaiser. None of them were selected for the SBA permanent

position they were already working in. Seven of the selected employees are all Christians. Amnah Qaiser has tenure seniority over all of them because she had been working there since 2006, many years before those selected came to the job.

14.  Plaintiff has exhausted her administrative remedies. Administrative Judge, William Rodriguez issued an order concluding that Amnah Qaiser had failed to meet her burden of establishing discrimination by SBA under Title VII. On March 26, 2015, the SBA adopted the A.J's final order and issued Amnah right to sue letter.  **(See Exhibit E.)**

15. Plaintiff, Amnah Qaiser brings this action pursuant to her right to sue and in addition to seeking compensatory and punitive damages, plaintiff seeks declaratory and injunctive relief requiring defendant to desist from future discriminatory actions.

## **JURISDICTION AND VENUE**

16.  The Court has jurisdiction because the cause of action is based on violation of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. The Court also has Supplemental jurisdiction pursuant to USC § 1367.

17.  Venue is proper in the US District Court for the Eastern District of Virginia, Alexandria Division, because Plaintiff resides in Fairfax County and the controversy

arose in Herndon Virginia where she worked for defendants and where defendants did

business as SBA- an agency/department of the United States Government.


## PARTIES

**Plaintiff**

18. Amnah Qaiser (Plaintiff) is an individual and resident of 10802 Campaign Court,

Manassas, Virginia 20109-8219, and a former contract employee of WPS/Brillient

Corporation (Contractors), working for the Small Business Administration (SBA),

complaining of the Defendants SBA, and its agent, Vanessa Piccioni (Defendants) with

its office at 409 3rd Street, SW, Washington DC 20416


**Defendants**

19.  Defendant Small Business Administration (SBA) is a U.S. government agency that

has its office at 409 3rd Street, SW, Washington DC 20416. Vanessa Piccioni, is an

employee of the SBA and the Director of SBA National Guaranty Center in Hendon

Virginia at the time the facts of Plaintiff's complaint occurred.


## FACTS

20.  Plaintiff, a former contract employee of Defendants at their Herndon Virginia,

Servicing Center, worked for the SBA in various positions including as a Loan Servicing

Assistant, from 2006 to 2012 Plaintiff believes that she has been discriminated, and

harassed by the SBA through the actions of its agent Vanessa Piccioni and her

underlings, on the basis of her race, color, national origin and religion. She claims that

Vanessa Piccioni continuously impeded her promotion, selection for permanent position

with malice and unwarranted prejudice, created a hostile work environment for her that

caused her embarrassment, emotional distress, humiliation and loss of opportunities to

progress in her job and earn progressive pay like other employees who did the same job

as her, but were not discriminated against by Vanessa Piccioni as she did her because

they were neither Pakistani or Muslim.


21. On April 1, 2010 Amnah Qaiser was offered the position of Loan Specialist by WPS

the independent contractor, the SBA nor Vanessa Piccioni were not party to that contract,

and since an independent contractor is not an employee of SBA, they can hire anyone

they want. However Vanessa Piccioni interfered, and with intimidation and threat to WPS

demanded that they retract the offer they made to Plaintiff, and they did. No reason was

ever given to Plaintiff until she made a formal complaint to her EEO and the EEOC, and

made up excuses.


12.  When Plaintiff inquired why her accepted offer was retracted, she was told that the

position was no longer vacant, but when it becomes available in the future, will be

informed. Less, that two weeks another employee who is not a Muslim, or a Pakistani,

and who Plaintiff has more experience than due to her years on the job, was given the

job, without her knowing.

23.  In 2012 when 27 contract employees were told that their positions will be made permanent, and that they all should apply, Amnah Qaiser applied and was selected for one of the positions that she applied for – Loan Servicing Assistant. She has at the time, been a Loan Sevicing Assitant for over four years – she needed no training or guidance on the job. Yet, after being short- listed, and referred as qualified, she was not selected for promotion while some of her colleagues for example, Candace Boyd, Jennifer Sheril, and Soraya Ekkocite who were similarly situated with her (1) because they were all contract workers, (2) were already on the positions they were selected for and (3) were only applying to be made permanent because nothing will change with their job or position they were already in. Amnah Qaiser was similarly situated with Jennifer Sheril and Soraya Ekkocite also, because they all were Loan Servicing assistants. While Jennifer and Soraya were selected to become SBA permanent employees, Amnah Qaiser was not selected even though she had been on the job years before they were employed, and they were not for Pakistan, nor were they Muslims.

24. Candace Boyd was not short-listed and according to the clear rules by the Denver office who did the short-listing that only short-listed employees are eligible for promotion. Vanessa Piccioni asked the interviewers to "reserve a slot" for Cadace Boyd. They did, and even though she was not short-listed, she was selected by Vanessa Piccioni for permanent position and Amnah was not, even though Amnah Qaiser had been working for the SBA, be it as a contract employee, many years before her.

25.  After she was not selected, she asked Cythia Smith, one of her interviewers why she was not selected because she was convinced her interview went well. Cythia Smith told that the reason she was not selected was because there were many veterans who applied, and that it had nothing to do with her interview, and that there will be further opportunity if selected applicants did not accept their offer. Only one veteran was selected. Even though there were selectees who did not accepter their offers, Amnah was never put in any of those positions.

26.  Plaintiff was judged "qualified" by SBA Denver office that did the short-listing However, she was not selected. After, she was asked by Kevin Hardy one of her interviewed who apparently made the decision not select her, asked her to train new hires, quality-check their work and "teach them all she knows about the "SBA process."  And she did, and was told she did a good job.

27.  On Friday, May 21, 2010, about 5 pm, while at home after work, Amnah Qaiser was contacted by Vanessa Piccioni by phone and informed that her access to SBA premises were suspended until she is being interviewed by the Inspector General (IG), due to allegation that she was in possession of a firearm. This information was disseminated to employees.

28. On May 24, 2010, she wrote again to employees after the damage had already done to Plaintiff, to explain to all she Vanessa had written regarding Plaintiff's alleged possession

of a gun in the SBA premises, that it was after all a miscommunication. But it was not, because the young lady who informed Vanessa that Amnah, was in possession of a gun, knew it was a lie, she understood well what the conversation was about but went to Vanessa, because she was Vanessa's informant only on Amnah Qaiser who Vanessa did not like.

### COUNT I – VIOLATION OF 42 U.S.C. §§ 2000e et seq

29. Plaintiff re-alleges paragraphs 1 through 28 and incorporates them by reference as though fully stated herein as part of Count I of this Complaint. Plaintiff claims and alleges that Defendants have violated her Civil Rights pursuant to Title VII of the Civil Rights Act of 1964. Title VII prohibits Discrimination, Harassment, and conduct that creates a hostile work environment, on the basis of race, color, national origin and religion.

SEC. 2000e-2. [Section 703] States:

   (a) Employer practices

   It shall be an unlawful employment practice for an employer -

   (1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

   (2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment

opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

Plaintiff is Asian, with Brown color, a Pakistani and a Muslime. She worked for the SBA, she was discriminated against in her employment and suffered adverse employment actions in the hands of Vannessa Piccioni, SBA's agent, when she was passed for selection, apparently because she was not experienced, and yet, being asked to train and she did, new hires who used the skills she imparted to them, to earn more money and enjoy all the benefits of being a United States permanent employer, when she could not just because she was a Pakistani and a Muslim and Vanessa Picciono did not like her, even though she knew she was a good worker and used her like a slave.

## COUNT II -HARASSMENT

30. Plaintiff re-alleges paragraphs 1 through 29 and incorporates them by reference as though fully stated herein as part of Count II of this Complaint.  Plaintiff claims that the continuous intentional and malicious way Vanessa Piccioni invidiously discriminated against her during the period she worked for the SBA, because she was from Pakistan, and a Muslim etc., amounted to harassment that created a hostile work environment for her. She worked tirelessly, competently and did everything she was asked to do very well, yet Vanessa Piccioni, out of unbridled prejudice and malice, made it her duty to ensure that Plaintiff never got rewarded for her hard work unlike other employees whose race, color, national origin and religion were not same as hers.

## COUNT III HOSTILE ENVIRONMENT

31. Plaintiff re-alleges paragraphs 1 through 30 and incorporates them by reference as though fully stated herein as part of Count III of this Complaint.  Plaintiff claims and alleges that Defendants have violated her rights under Title VII, by creating a hostile work environment for her by using her good expertise, by asking her to do various tasks because she had been in their employ for many years, and to ask her to train new hires, and dishonestly, say she was not qualified to be promoted or selected for permanent position even though she had worked on the same position for over four years, and more years than those selected or promoted, was kept on the job even after she was apparently not good enough to do it, and never fired until she and others were laid off because the positions were all made permanent.

**WHEREFORE, PLAINTIFF PRAYS for judgment against Defendants for:**

- Compensatory and Punitive
- 
- Attorneys Fees;

- Other Remedies as the Court deems fit.

.

**DEMAND FOR JURY TRIAL**

TRIAL BY JURY IS DEMANDED ON ALL ISSUES TRIABLE BY JURY.

Respectfully submitted this 29th day of June, 2015

/s/ Stephen Christopher Swift
Stephen Christopher Swift
D.C. Bar No. 428459
Swift & Swift, Attorneys at Law, P.L.L.C.
Suite 200
2121 Eisenhower Avenue
Alexandria, Virginia 22314-4688
Telephone: (703) 418 – 0000
Facsimile: (703) 535 – 8205
E-mail: steve@swift.law.pro

*Attorney for Plaintiff*
*Amnah Qaiser*